# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE GEORGE WASHINGTON UNIVERSITY<br><br>    Plaintiff,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:21-cv-03006-DLF |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, The George Washington University, appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order granting Defendant's Motion to Dismiss (ECF No. 25) and the accompanying Memorandum Opinion (ECF No. 26), entered by the District Court on September 6, 2022.

Dated:  October 4, 2022

Respectfully submitted,

 /s/ Matthew J. Schlesinger
Matthew J. Schlesinger
(D.C. Bar No. 429689)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5906
mschlesinger@cov.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 4, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Abram J. Ellis
*Attorney for Defendant Factory Mutual Insurance Company*
Simpson, Thacher & Bartlett LLP
900 G Street, NW
Washington, DC 20001
(202) 636-5554
Fax: (202) 636-5502
Email: aellis@stblaw.com

Bryce L. Friedman
*Attorney for Defendant Factory Mutual Insurance Company*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
bfriedman@stblaw.com

   /s/ Matthew J. Schlesinger
Matthew J. Schlesinger
(D.C. Bar No. 429689)